**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PROGRESSIVE ADVANCED INSURANCE COMPANY A/S/O WALDY GONZALEZ | } | |
| vs. | } | No. |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF INVESTIGATION) | } | |

## CIVIL ACTION - COMPLAINT

NOW COMES the Plaintiff, Progressive Advanced Insurance Company, as subrogee of Waldy Gonzalez, by and through its attorneys, Weltman, Weinberg & Reis Co., L.P.A., and complaining of the Defendant, the UNITED STATES OF AMERICA (hereinafter "USA"), states as follows:

## JURISDICTION AND VENUE

Jurisdiction is founded upon 28 U.S.C. § 1346, as the United States Government is a defendant in this matter.

Venue is proper in this Court pursuant to U.S.C. § 1391 in that a substantial part of the events, acts, or omissions giving rise to this claim occurred within the Eastern District of Pennsylvania.

1. Plaintiff is a business organization with a place of business located at 5920 Landerbrook Dr., Mayfield Heights, OH 44124.

2. Defendant, United States of America, by and through the Federal Bureau of Investigation, is located at 600 Arch Street, 8th Floor, Philadelphia, PA 19106.

3. Plaintiff brings this action pursuant to 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a) as a result of Defendant's denial of Plaintiff's claim transmitted to Plaintiff via electronic mail on or about April 2, 2026. See claim notice & form attached hereto as Exhibit A and denial correspondence attached hereto as Exhibit B.

4. Plaintiff issued a policy of motor vehicle insurance whereby Plaintiff agreed to insure the motor vehicle involved in this incident ("Insured Vehicle"), owned by Plaintiff's insured.

5. On or about August 14, 2025, the motor vehicle owned by Defendant and operated by Defendant's agent, servant, employee, and/or workman did negligently, recklessly, and/or carelessly collide with the Plaintiff's Insured Vehicle at or near the intersection of Hamilton Street and American Parkway in Allentown, Lehigh County, Pennsylvania.

6. The negligence and/or carelessness of the Defendant by and through its agent, servant, workman, and/or employee, consisted of the following:

a. Failing to have his motor vehicle under such control as the situation warranted;

b. Operating his motor vehicle in complete disregard of the point and position of Plaintiff's insured vehicle;

c. Operating his motor vehicle in complete disregard of the point and position of the insured vehicle;

d. Proceeding beyond a posted stop-sign without proper clearance into an intersection occupied by co-defendant.

e. Failing to keep a proper lookout;

f. Traveling too fast for conditions;

g. Failing to abide by the Rules of the Road and the Motor Vehicle Code of Pennsylvania;

7. As a direct and proximate result of Defendant's negligence, the Plaintiff's insured vehicle sustained property damage and/or incurred rental charges totaling $7,989.94. See documentation evidencing damages attached hereto as Exhibit C.

8. Pursuant to the insurance policy issued by Plaintiff to their insured, and as a result of the aforesaid payment, Plaintiff became subrogated to the claim of its insured against Defendant.

Wherefore, Plaintiff demands judgment against defendant in the amount of $7,989.94 plus interest and costs.

WELTMAN, WEINBERG & REIS, CO., L.P.A.

Cameron Deane, Esquire
Attorney for Plaintiff
Attorney ID: PA 328804
Weltman, Weinberg, & Reis Co., L.P.A.
520 Walnut Street, Suite 1355
Philadelphia, PA 19106
(215) 599-1500
WWR#: 042221702